IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR04-4025-DEO |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | MOTION TO TRANSFER |
| RONALD LEE PRESTON RUPP, ) | SUPERVISED RELEASE |
| ) | |
| Defendant. ) | |

COMES NOW, Defendant Ronald Rupp and moves this Court to allow a transfer of his supervised release. In support thereof, Defendant states to the Court as follow:

1. Defendant requests the Court allow his supervised release be transferred from Northwest Iowa to the Houston, Texas area.

2. Defendant has 10 months left on his supervised release.

3. Defendant would like to move to the Houston, Texas area for family and business reasons but needs the Court's authority to do so.

WHEREFORE, Defendant prays the Court authorize him to transfer his supervised release.

Dated this 7th day of December, 2015.

Respectfully submitted,

RHINEHART LAW, P.C.

By  /s/ R. Scott Rhinehart
R. Scott Rhinehart AT0000666
2000 Leech Avenue
Sioux City, IA  51106
Phone:  712-258-8706
Fax:  712-233-3417
courts@rhinehartlaw.com
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleading on December 7, 2015.

By: _____ U.S. Mail       _____ Facsimile
    _____ Hand delivered  _____ Overnight courier
    __X_  E-file

Signature /s/ Tara Osterholt_____